DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
DAVID B. NEWDORF, State Bar #172960
ROBERT A. BONTA, State Bar #202668
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3892
Facsimile:    (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BRONSON,<br><br>                Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, JAMES C. DOYLE, AND DOES 1 TO 10 INCLUSIVE,<br><br>                Defendants. | Case No. C 04-3729 CRB<br><br>**STIPULATION OF DISMISSAL OF FEDERAL CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER TO REMAND** |

     Plaintiff ALEXIS BRONSON and defendant CITY AND COUNTY OF SAN

RANCISCO, through their respective counsel, STIPULATE and AGREE as follows:

     Pursuant to Fed. R. Civ. P. 41(a) all federal claims asserted by plaintiff in this action are

DISMISSED WITH PREJUDICE, and that plaintiff's state law claims in his Second Amended

Complaint shall be remanded to the California Superior Court for San Francisco County.

1

STIP & ORDER OF DISMISSAL/ REMAND NO. C 04-3729_____    N:\LIT\LI2004\041743\00365508.DOC

1  STIPULATED AND AGREED:

2  Dated: April 16, 2006                                            CARDOZA LAW OFFICES

                                                                    By:_____/s/_____
                                                                          Jai Gohel
                                                                       Attorneys for Plaintiff
                                                                        ALEXIS BRONSON


                                                                    DENNIS J. HERRERA
                                                                    City Attorney
                                                                    JOANNE HOEPER
                                                                    Chief Trial Deputy
                                                                    DAVID B. NEWDORF
                                                                    Deputy City Attorney

                                                                    By:_____/s/_____
                                                                          David B. Newdorf
                                                                       Attorneys for Defendant
                                                                    CITY AND COUNTY OF SAN
                                                                    FRANCISCO


### [~~PROPOSED~~] ORDER

Pursuant to stipulation and for good cause appearing, IT IS HEREBY ORDERED that all federal claims asserted by plaintiff against defendants are DISMISSED WITH PREJUDICE. The Court declines to exercise supplemental jurisdiction over the remaining state law claims and REMANDS said claims to the California Superior Court for the City and County of San Francisco.

IT IS SO ORDERED

Dated: _April 17, 2006_

                                                                    _____
                                                                    Honorable Charles R. Breyer
                                                                    United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal: United States District Court, Northern District of California)

2
STIP & ORDER OF DISMISSAL/ REMAND NO. C 04-3729_____                              N:\LIT\LI2004\041743\00365508.DOC